# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. _____

(To be supplied by the court)

**MAY 16 2024**

**JEFFREY P. COLWELL**
**CLERK**

_JUSTIN WALKER_____, Plaintiff

v.

Jury Trial requested:
(please check one)
_____ Yes _xx_ No

_UNITED STATES OF AMERICA_____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

JUSTIN WALKER, Prisoner No. 36941-013
FCI Englewood, 9595 W. Quincy Ave., Littleton, Colorado 80123

(Name, prisoner identification number, and complete mailing address)

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
_XX_ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    UNITED STATES OF AMERICA

(Name, job title, and complete mailing address)

400 6th Street, NW, Washington, DC 20001

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ____ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 2: _____

(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____

(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.     JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____     State/Local Official (42 U.S.C. § 1983)

____     Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

XX Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

__XX__     Other: (*please identify*) __FTCA claim (state tort of assault & battery__)

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    Bureau of Prisons staff assaulted Plaintiff

Claim one is asserted against these Defendant(s): United States of America

Supporting facts:

1. On 5/13/2023 at approximately 6:57 PM, Plaintiff was assaulted by multiple Bureau of Prisons staff at FCI Englewood (federal prison). Plaintiff, a federal prisoner, was inside his cell (formerly cell #87, now changed to cell #63) located in the Upper East Unit of FCI Englewood. Officer PACAS entered Plaintiff's cell while making rounds of the prison. He opened Plaintiff's cell door and spoke to Ray Swain (prisoner number 31492-047) and Plaintiff about noise coming from the cell. A verbal altercation ensued and PACAS grabbed Plaintiff, yelled at him, and threw him out of the cell into the hallway wall. Plaintiff hit the wall and fell to the ground outside of his cell. PACAS contacted additional officers who responded to the incident. When the responding officers arrived they began to slam Plaintiff's head into the ground. The officers who arrived in response to Officer PACASs' emergency call included Officer MOSELY, Officer DUWATE, Officer FRANCO, and Lt. JACKSON. Several of the responding officers jumped on top of Plaintiff, further injuring him although at no time did Plaintiff resist or pose a threat to any of the officers.

2. Plaintiff suffered several injuries as a result of the assault including facial lacerations, skull contusions, and an ankle injury. Plaintiff also injured his mouth during the assault which led to his dentures being broken. Plaintiff suffered emotional injuries as a result of the assaults described. He has been in fear of officers, and suffers from insomnia, anxiety, depression, and severe headaches. His doctor prescribed medication (Remeron) to treat his anxiety and depression. Plaintiff did not suffer from anxiety or depression before the assaults described herein.

4

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __XX__ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    __United States Department of Justice__

Docket number and court:    Docket Number 1:23-cv-03205-SBP
__U.S. Dist. Court for the Dist. of Colorado__

Claims raised:    __Freedom of Information Act violation__

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)    __The case is still pending.__

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:    _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

__XX__ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

__XX__ Yes ___ No (*check one*)

Plaintiff submitted a FTCA claim to the BOP Regional Office in Kansas City, Kansas via mail on 10/6/2023. Exhibit A is a copy of the FTCA claim that Plaintiff sent to the Regional Director of the BOP on 10/6/2023. Six months have passed without the BOP responding to Plaintiff's FTCA claim.

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1) For relief, Plaintiff requests a bench trial to resolve facts in dispute.

2) For relief, Plaintiff requests compensatory damages of $250,000.00 for the tort of intentional infliction of emotional distress.

3) For relief, Plaintiff requests compensatory damages of $250,000.00 for the tort of assault.

4) For relief, Plaintiff requests that the Defendant pay all of Plaintiff's costs in this action.

5. For relief, Plaintiff requests that the Court grant him any other relief that the Court deems equitable.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

May 6, 2024
_____
(Date)

(Revised November 2022)

6

**EXHIBIT A**

FTCA tort claim sent to BOP Regional Director on 10/6/2023 via postal mail.

Case No. 1:24-cv-01399-CYC    Document 1    filed 05/16/24    USDC Colorado    pg 7 of 9

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| Regional Director, F.B.O.P. 400 State Ave., Suite 800 Gateway Complex, Tower II Kansas City, KS 66101-2492 | Justin Stephan Walker FCI Englewood 9595 W. Quincy Ave. Littleton, Colorado 80123 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 12/7/1977 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 5/13/2023 | 7. TIME (A.M. OR P.M.) 7:00 PM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

On 5/13/2023 at approximately 7:00 PM, I was assaulted by Officer Mosley, an FCI Englewood staff member. Officer Pacas, the unit officer for Upper East Unit, requested staff assistance because I was having a medical issue. Officer Mosley responded first followed by Officers FRANCO, DUWATTI, and PELLET. **[See attachment]**

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. I suffered a head injury and cuts to my head and face. Due to the assault and battery on my person by Officer Mosley, I suffer from emotional injuries including anxiety, depression, fear of officers, insomnia, and headaches. I suffered from pain and have physical injuries including cuts, bruises, permanent scarring on my legs and oral injuries.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| See attached witness statements. | |

12. (See instructions on reverse.) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | $1,000,000.00 | | $1,000,000. |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE 10-6-23 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109     NSN 7540-00-634-4046     STANDARD FORM 95 PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2

BASIS OF CLAIM (continued)

Officer Pacas slammed my face into the wall, grabbed me and slammed my body to the ground injuring my head. I could not see which other officers were hitting me aside from Pacas, however, I lost consciousness during the beating. My mouth was injured and my dentures were broken during the assault. I had to have dental work done due to the damage caused by this incident. After beating me unconscious, I was taken to the local hospital to repair the damage to my face and head. My ankles were bleeding and swollen for a week as a result of ankle shackles placed on my ankles. I suffered a TBI and the doctor at the Swedish Hospital where I was taken had to perform a CT to ensure I did not suffer brain damage and swelling to my brain (which could prove fatal).

Lt. Jackson was present during the entire ordeal described above, however, he never ordered Officer PACAS to stop. To my knowledge, no report of incident was ever filed with the Regional Office as required under BOP Policy. I was given an Incident Report (attached)(IR #3772228) on 7/17/23, two months after the incident. The DHO officer dismissed the IR. The IR has several false statements in it and indicates that I was "hitting [my] head on the ground and walls" when, in fact, Officer O. Pacas, who wrote the Incident Report, knew that this was false information.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October 2023 at Littleton, Colorado.

Justin Stephan Walker
Prisoner #369401-013