IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01399-CYC

JUSTIN WALKER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Cyrus Y. Chung, U.S. Magistrate Judge, on January 24, 2025.**

    This matter is before the Court on the Parties' Joint Motion for Extension of Time to File Dismissal Paper (Motion). ECF No. 67. For good cause shown, the Court **GRANTS** the Parties' Motion, ECF No. 67, and **extends** the deadline to file dismissal papers to **February 12, 2025**.