IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

| | |
|---|---|
| Civil Action No: 24-cv-01399-CYC | Date:   February 5, 2025 |
| Courtroom Deputy:   Meghan Smotts | FTR:   Courtroom C205* |

| *Parties:* | *Counsel:* |
|---|---|
| JUSTIN WALKER, | Reid Robertson Allison |
|    Plaintiff, | |
| v. | |
| THE UNITED STATES OF AMERICA, | Andrew M. Soler |
|    Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**
**DISCOVERY CONFERENCE**

**Court in session:**   1:58 p.m.

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Argument heard regarding proper designation of discovery at issue as confidential.

2:00 p.m.   Argument by Mr. Soler.  Comments and questions by the Court.

2:10 p.m.   Argument by Mr. Allison.  Comments and questions by the Court.

2:22 p.m.   Final comments by the Court.

For the reasons stated on the record, it is

**ORDERED:**   The Court finds that the Defendant properly designated the discovery at issue as confidential and therefore it should not be disseminated under the terms of the Protective Order.

**Court in recess:**   2:27 p.m.   Hearing concluded.
Total in-court time:   00:29

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.