IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01399-CYC

JUSTIN WALKER,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice. Each party will bear its own costs and fees.

Respectfully submitted this 12th day of February 2025.

                                          KILLMER LANE, LLP

                                          */s/ David A. Lane*
                                          David A. Lane
                                          Reid R. Allison
                                          1543 Champa St. Suite 400
                                          Denver, CO 80202
                                          (303) 571-1000
                                          (303) 571-1001 Facsimile
                                          dlane@killmerlane.com
                                          rallison@killmerlane.com
                                          *Counsel for Plaintiff*


                                          J. BISHOP GREWELL
                                          Acting United States Attorney

                                          */s/ Andrew M. Soler*
                                          Andrew M. Soler
                                          Assistant United States Attorney
                                          U.S. Attorney's Office

1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0201
Andrew.soler@usdoj.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 12, 2025, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve notification to the following:

David A. Lane
Reid R. Allison
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@killmerlane.com
rallison@killmerlane.com
Attorneys for Plaintiff

/s/ *Andrew M. Soler*